**Motion Granted; Order filed August 11, 2015**



In The

# Fourteenth Court of Appeals

———————

NO.  14-15-00452-CR

———————

**RYAN ANTONIO MATTHEWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 73841**

———————

NO.  14-15-00577-CV

———————

**IN THE MATTER OF R.A.M.**

**On Appeal from the County Court at Law No. 2 and Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. JV19869**

_____

**NO. 14-15-00616-CV**
_____

**IN THE MATTER OF R.A.M.**

---

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 73575**

---

## ORDER

On April 29, 2015, appellant filed a notice of appeal from the sentence imposed April 23, 2015, and the appeal was assigned to this court under our appellate number 14-15-00452-CR. On July 1, 2015, appellant filed a notice of appeal from the juvenile court's waiver of jurisdiction, which was assigned to this court under our appellate number 14-15-00577-CR. On July 1, 2015, appellant filed a notice of appeal from the trial court's order granting bond under section 54.02 of the Texas Family Code. On July 22, 2015, appellant filed a motion to consolidate the related appeals. The motion is granted and we issue the following order:

We order the appeals pending under our appellate case numbers 14-15-00452-CR, 14-15-00577-CV, and 14-15-00616-CV consolidated. The existing filing deadlines in case number 14-15-00452-CR will apply to the consolidated cases.

PER CURIAM